# EXHIBIT A

ELECTRONICALLY FILED
2019 Jan 28 AM 9:45
CLERK OF THE RICE COUNTY DISTRICT COURT
CASE NUMBER: 2019-CV-000004

POWELL LAW OFFICE
727 N. Waco, Suite 585
Wichita, Kansas 67203
(316) 263-4921

## IN THE DISTRICT COURT OF RICE COUNTY, KANSAS
## CIVIL DEPARTMENT

| | |
|---|---|
| MIZELL FARM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CNH INDUSTRIAL AMERICA | ) |
| LLC, d/b/a Case New Holland, | ) |
| | ) |
| Defendant. | ) |

Pursuant to K.S.A. Chapter 60

### PETITION
(With combined discovery requests)

COMES NOW the plaintiff and for its claims for relief against defendant, alleges and state as follows:

1. Plaintiff Mizell Farm, Inc. is doing business in Rice County, Kansas.

2. The defendant, CNH Industrial America LLC, does business in the State of Kansas as Case New Holland and has its principal place of business in Racine, Wisconsin. Defendant may be served through a managing agent or its registered agent, CT Corporation.

3. Venue and jurisdiction are proper in this district court due to a fire loss occurring in Rice County to a tractor and other equipment owned by plaintiff.

4. Mizell Farm, Inc. purchased a new 2014 Case IH Magnum 225 CVT Tractor in 2014, (Serial Number 2DRH07760) manufactured by defendant. Plaintiff used the tractor as a loader on ground in Rice County, KS and properly maintained it.

1

5. On April 22, 2017, while plaintiff's tractor was in use, a fire started on the right side near the exhaust stack causing substantial damage to the unit and other items of equipment owned by plaintiff.

6. The tractor manufactured by defendant started on fire due to a design defect and/or the failure of a composite shroud located around the external base of the exhaust pipe.

7. Upon information and belief, Defendant CNH has had other Case tractors destroyed by fire starting in a similar manor known to defendant before plaintiff's loss. However, the defendant failed to notify or warn plaintiff of the risk of a fire at this location nor did defendant take any corrective actions to prevent this type of fire from occurring on plaintiff's tractor.

8. Defendant is liable to plaintiff under several causes of action including (a) strict product liability, (b) breach of warranties either express or implied, (c) failure to warn plaintiff of a risk of fire by the exhaust shroud, and (d) negligence.

9. As a result of defendant's actions and inactions, plaintiff sustained damages to other items of property including a front end loader, loss of tools, tool box, radio and fuel.

10. Due to the loss of numerous items of personal property beyond the tractor itself, the economic loss doctrine does not apply as a defense for defendant.

11. Plaintiff's property losses and damages are estimated at approximately $175,000.

12. Although defendant has been informed of this fire loss due to their defective product, defendant has failed to stand behind their product and has refused to reimburse plaintiff for any damages.

WHEREFORE, plaintiff prays for a monetary judgment against defendant for an amount in excess of $175,000 as referenced above and for such other relief as the Court may deem just and proper, including costs of this action.

POWELL LAW OFFICE

*/s/ Marc A. Powell*
Marc A. Powell
727 N. Waco, Suite 585
Wichita, Kansas 67203
mpowell@powelloffice.com
Phone: (316) 263-4921

### Demand for Jury Trial

COMES NOW the plaintiff and hereby requests a trial by jury on all issues of fact herein.

ELECTRONICALLY FILED
2019 Feb 04 PM 3:10
CLERK OF THE RICE COUNTY DISTRICT COURT
CASE NUMBER: 2019-CV-000004

Mizell Farm, Inc.
vs.
CNH Industrial America, LLC

**SUMMONS**

To the above-named Defendant/Respondent:

      **CNH Industrial America, LLC**
      **c/o Resident Agent**
      **The Corporation Company, Inc.**
      **112 SW 7th Street, Suite 3C**
      **Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

      Marc Alan Powell
      727 N. Waco Suite 585
      Wichita, KS 67203

within 21 days after service of summons on you.

[SEAL]
[signature]

Clerk of the District Court
Electronically signed on 02/04/2019 04:51:55 PM

**Documents to be served with the Summons:**
Petition

ELECTRONICALLY FILED
2019 Feb 11 PM 9:05
CLERK OF THE RICE COUNTY DISTRICT COURT
CASE NUMBER: 2019-CV-000004

POWELL LAW OFFICE
727 N. Waco, Suite 585
Wichita, Kansas 67203
(316) 263-4921

## IN THE DISTRICT COURT OF RICE COUNTY, KANSAS
## CIVIL DEPARTMENT

| | |
|---|---|
| MIZELL FARM, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 2019-CV-000004 |
| CNH INDUSTRIAL AMERICA LLC, d/b/a Case New Holland, | ) ) ) ) |
| Defendant. | ) ) |

Pursuant to K.S.A. Chapter 60

### RETURN OF SERVICE

I hereby certify that I have served a copy of the Summons, Petition and Combined Discovery Requests in the above action by certified mail on February 5, 2019, and they were delivered on February 8, 2018 to CNH Industrial America, LLC c/o Resident Agent, The Corporation Company, Inc. as shown on the attached return receipt from USPS.

By:   /s/ Marc A. Powell
Marc A. Powell, #11376
Powell Law Office
727 North Waco, Suite 585
Wichita, Kansas 67203

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CNH Industrial America, LLC
   c/o Resident Agent
   The Corporation Company, Inc.
   112 SW 7th Street, Suite 3C
   Topeka, KS 66603

   9590 9402 2506 6306 6153 07

2. Article Number (Transfer from service label)

   7017 2400 0001 1217 8351

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X DENISE ROOKSTOOL     ☐ Agent  ☐ Addressee
B. Received by (Printed Name) DENISE ROOKSTOOL   C. Date of Delivery 2-5-19
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

---

USPS TRACKING #

9590 9402 2506 6306 6153 07

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box*

   Marc A. Powell
   POWELL LAW OFFICE
   727 N. Waco, Suite 585
   Wichita, KS 67203

   Mitell